```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION
```

IN RE: TOMMY LAMAR WALDEN,           { CHAPTER 13
                                     {
                                     {
     DEBTOR(S)                       { CASE NO. R20-41704-BEM
                                     {
                                     { JUDGE ELLIS-MONRO


**OBJECTION TO CONFIRMATION**


     COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

     1.  The Debtor(s)' payments under the proposed plan are not current.

     2.  The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (67 months).

     3.  The Debtor has failed to file tax returns with the tax authorities for the four (4) year period prior to filing in violation of 11 U.S.C. Section 1308.

     4.  The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor(s)provide the Trustee with a sworn statement by the Debtor(s), in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

     5.  The Debtor has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

     6.  The schedules provide that Security Finance has a secured claim(s); however, the Chapter 13 Plan fails to provide for said creditor(s).

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                            _____/s/_____
                                            Albert C. Guthrie, Attorney
                                            for Chapter 13 Trustee
                                            GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

R20-41704-BEM

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

TOMMY LAMAR WALDEN
1436 NICKLESVILLE ROAD, NE
RESACA, GA 30735-5305

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 17th day of December, 2020

              /s/
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
State Bar No. 142399


Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com